**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TWO TENNESSEE, LLC and                                                                                   PLAINTIFFS
RAZORBACK CONCRETE COMPANY

v.                                               No. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                                                      DEFENDANT

## ORDER

Presently before the Court is the joint motion for continuance of the trial and all deadlines. Good cause having been shown, the motion is GRANTED. Document #50. The trial of this matter previously set for February 4, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 8th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE