IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TWO TENNESSEE, LLC and                                                      PLAINTIFFS
RAZORBACK CONCRETE COMPANY

v.                                    No. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                                          DEFENDANT

## ORDER

Without objection, the deadline for filing dispositive motions is hereby extended up to and including March 24, 2008. Document #57.

IT IS SO ORDERED this 25th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE