# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TWO TENNESSEE, LLC, *et al*                                                                                           PLAINTIFFS

v.                                      NO. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                             DEFENDANT

## ORDER

Presently before the Court is plaintiffs' Motion for Continuance of the trial date. Docket #55 Good cause having been shown, the motion will be granted, and the trial of this matter previously set for May 5, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 29th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE