**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TWO TENNESSEE, LLC and  PLAINTIFFS
RAZORBACK CONCRETE COMPANY

v.                          No. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS         DEFENDANT

## ORDER

The joint motion for extension of discovery cutoff and disposition motions deadline is GRANTED. Document #64. The discovery cutoff is extended up to and including October 11, 2008, and the dispositive motions deadline is extended up to and including October 25, 2008.

IT IS SO ORDERED this 26th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE