# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TWO TENNESSEE, LLC, *et al*                                                               PLAINTIFFS

v.                                            NO. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                                      DEFENDANT

## ORDER

Presently before the Court are defendant's Motion for Substitution of Counsel and Motion for Continuance of the trial date. Good cause having been shown, the motions are granted. Docket #70 and #71.

IT IS THEREFORE ORDERED that Robert L. Beard, Jr. be substituted as counsel of record for defendant in this matter, and Angela R. Echols is hereby relieved as counsel in this matter.

IT IS FURTHER ORDERED that the trial of this matter previously set for November 24, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 15th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE