# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TWO TENNESSEE, LLC and                                                       PLAINTIFFS
RAZORBACK CONCRETE COMPANY

v.                                     No. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                        DEFENDANT

## ORDER

Without objection, defendant's motion for extension of time to file dispositive motions is GRANTED. Document #84. The deadline for filing dispositive motions is hereby extended up to and including August 14, 2009.

IT IS SO ORDERED this 21st day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE