# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TWO TENNESSEE, LLC, *et al*                                                               PLAINTIFFS

v.                                 NO. 3:06CV00063 JLH

CITY OF NORTH LITTLE ROCK, ARKANSAS                            DEFENDANT

## ORDER

       Presently before the Court is the Joint Motion for Continuance of the trial date.  Document #80.  The Court finds that a continuance of the current trial date would assist with the parties' efforts to schedule a settlement conference with the magistrate, therefore the motion is granted, and the trial of this matter previously set for September 21, 2009, in Jonesboro, Arkansas, is removed from the Court's docket.  A new trial date and scheduling deadlines will be set by separate order.

       IT IS SO ORDERED this 17th day of August, 2009.

                                                        _____
                                                        J. LEON HOLMES
                                                        UNITED STATES DISTRICT JUDGE