## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TWO TENNESSEE, LLC and                                                                    PLAINTIFFS
RAZORBACK CONCRETE COMPANY

v.                                       No. 3:06CV00063 JLH

CITY OF NOR TH LITTLE ROCK, ARKANSAS                                                      DEFENDANT

## ORDER

Pursuant to the joint motion to dismiss filed by the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE